[No. 23563-0-I.  Division One.  September 17, 1990.]

LEONARD F. REICHLIN, ET AL, *Appellants,* v. WILLIAMS, NOVACK & HANSEN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 87-2-04013-3, Richard L. Pitt, J., entered November 28, 1988. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Winsor and Forrest, JJ.

[No. 23142-1-I.  Division One.  September 17, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL J. BILSON, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 88-1-00103-3, Byron L. Swedberg, J., entered September 8, 1988. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Grosse, A.C.J., and Baker, J.

[No. 24293-8-I.  Division One.  September 17, 1990.]

*In the Matter of the Marriage of* JAY DEJONG, *Appellant, and* BEVERLY DEJONG, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 88-3-00151-1, Michael F. Moynihan, J., entered May 8, 1989. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Grosse, A.C.J., and Winsor, J.